UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

E.P., *et al*.,

          Plaintiffs,

   v.

COUNTY OF KERN, *et al.*,

          Defendants.

Case No. 1:25-cv-01260-JLT-CDB

ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

(Doc. 28)

ORDER CONTINUING JANUARY 28, 2026, SCHEDULING CONFERENCE

(Docs. 6, 25)

Plaintiff Alejandro Perez Ramos, Sr., as the natural parent and successor in interest of decedent minor A.P., and minor E.P., by and through her guardian ad litem Rolando Rivera ("Plaintiffs"), initiated this action with the filing of a complaint on September 23, 2025. (Doc. 1); *see* (Doc. 14).  Summons returned executed were filed as to the named Defendants between December 18, 2025, to December 29, 2025, with varying deadlines for answers due between December 22, 2025, and January 12, 2026. *See* (Docs. 16-24, 26, 27).  On December 23, 2025, to permit time for the pleadings to settle, the Court continued the scheduling conference to January 28, 2026, at 10:00 AM.  (Doc. 25).

Pending before the Court is the parties' stipulated request to extend time for Defendants to respond to the complaint and move the initial scheduling conference to a later date, filed on January 16, 2026.  (Doc. 28).  The parties represent that counsel for Defendants is in the process of

reviewing materials and gathering facts in order to file a response, and the parties therefore seek to extend the time for Defendants' response to the complaint up to and including January 26, 2026, and to move the scheduling conference by 60 days. *Id.* at 2.

The Court finds good cause to grant the parties' request based on the parties' representation that counsel for Defendants needs time to review materials to file a response.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants shall file have up to and including **January 26, 2026**, to file a responsive pleading to the complaint; and

2. The scheduling conference set for January 28, 2026 (Docs. 6, 25) is CONTINUED to **March 13, 2026, at 10:00 AM** to permit the pleadings to settle and enable the parties to confer and file a joint scheduling report (*see id.*).

IT IS SO ORDERED.

Dated:    **January 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2