UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-01260-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Docs. 39, 40)<br><br>ORDER CONTINUING MARCH 13, 2026, SCHEDULING CONFERENCE<br><br>(Docs. 6, 29) |

**Relevant Background**

Plaintiff Alejandro Perez Ramos, Sr., as the natural parent and successor in interest of decedent minor A.P., and minor E.P., by and through her guardian ad litem Rolando Rivera ("Plaintiffs"), initiated this action with the filing of a complaint on September 23, 2025. (Doc. 1); *see* (Doc. 14). On February 17, 2026, Plaintiffs filed the operative first amended complaint ("FAC") against previously-appearing Defendants County of Kern, Andrea Cauette, Cynthia Alvarado, Guadalupe Monreal, Judy Anne Cariaso, Lisette Villareal-Lopez, Malia Reeves, Maria Frias, Mario Martinez, and Vick Mishel-Ghasghaie (collectively, "County Defendants"), and newly added Defendants Daniel Rickard and Miriam Cortez, and Defendant Margaret Eichorst. (Doc. 33). On February 18, 2026, the Court directed Defendants to file their responsive pleading no later than March 3, 2026. (Doc. 34) (citing Fed. R. Civ. P. 15(a)(3)).

After appearing Defendants failed to timely comply with the Court's order to file a responsive pleading by the March 3, 2026, deadline, on March 5, 2026, the Court ordered appearing Defendants to file their responsive pleading no later than March 9, 2026, at risk of the imposition of sanctions for any further delays. (Doc. 38).

**Parties' Stipulation to Extend Appearing Defendants' Time to Respond to FAC**

Pending before the Court is the parties' stipulated request to extend time *nunc pro tunc* for appearing Defendants to respond to the FAC, filed on March 6, 2026. (Docs. 39, 40). The parties represent that the two newly added Defendants have not been served and that counsel for Defendants only recently has obtained authority to accept service on behalf of those two new Defendants. (Doc. 39 ¶ 1). The parties jointly request a two-week extension to March 17, 2026, for counsel for County Defendants to file one responsive pleading on behalf of all County Defendants, including the two newly added Defendants, for judicial and party efficiency and to expedite the filing of the responsive pleading on behalf of the newly added Defendants. *Id.* ¶¶ 2, 3, 6, 7. The parties further agree to a briefing schedule should County Defendants file a Rule 12(b) motion or other motion in response to the FAC. *Id.* at 2-3. Counsel for County Defendants declares that due to the anticipated filing of one responsive pleading for all County Defendants, including the newly added Defendants, she inadvertently failed to file a response for extension or responsive pleading by the March 3, 2026, deadline, per the Court's order. (Doc. 40-2, Affidavit of Victoria R. Bernhardt ("Bernhardt Aff.") ¶ 6). Counsel further declares that her failure was inadvertent, not done in bad faith and was excusable neglect as an honest oversight and not part of a plan to frustrate Plaintiffs. *Id.* ¶ 7.

Based on the parties' stipulation, and counsel for County Defendants' representations in her declaration, the Court finds good cause to grant the parties' stipulated request *nunc pro tunc* for County Defendants, including the newly added Defendants to be served, to file one responsive pleading to Plaintiffs' FAC and to set a briefing schedule should County Defendants file a Rule 12(b) motion or other motion in response to the FAC. Furthermore, to allow time for the pleadings to settle, the Court will continue the scheduling conference set for March 13, 2026, as set forth below.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1.  The deadline by which County Defendants and Defendants Daniel Rickard and Miriam Cortez shall respond to the FAC is extended *nunc pro tunc* to **March 17, 2026**;

2.  Plaintiffs' opposition to any motion by Defendants in response to the FAC shall be filed by April 8, 2026, and any reply by Defendants shall be filed by April 15, 2026; and

3.  The scheduling conference set for March 13, 2026 (Docs. 6, 29) is CONTINUED to **May 14, 2026, at 9:00 AM** to permit the pleadings to settle and enable the parties to confer and file a joint scheduling report in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference. *See* (Doc. 6).

IT IS SO ORDERED.

Dated:   **March 9, 2026**   _____

UNITED STATES MAGISTRATE JUDGE